```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
VULCAN SOCIETY OF WESTCHESTER                                 :
COUNTY, INC., et al.,                                         :
                                                              :
                          Plaintiffs,                         :
              -v-                                             :     78 Civ. 911 (KBF)
                                                              :
FIRE DEPARTMENT OF THE CITY OF                                :
WHITE PLAINS, et al.,                                         :
                                                              :     ORDER
                          Defendants.                         :
-------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                          Plaintiff,                          :
              -v-                                             :
                                                              :     80 Civ. 336 (KBF)
NEW YORK STATE DEPARTMENT OF CIVIL                            :
SERVICE, et al.,                                              :
                                                              :
                          Defendants.                         :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 27, 2016

KATHERINE B. FORREST, District Judge:

The Court writes to clarify certain aspects of its January 26, 2016 order. (ECF No. 57.)  The requirement that the parties "inform the Court as to whether the Consent Judgments should be terminated not later than March 14, 2016" applies only to the particular Consent Judgment that was at issue in Judge Griesa's March 13, 2012 order; the Court did not intend to impose a new requirement on any party other than the provision of the February 11, 2016 status letter.

In order to better inform the Court of the various deadlines in each of the Consent Judgments at issue in this matter, please make sure that the submissions

to the Court due February 11, 2016 address the requested subjects for <u>each</u> of the extant Consent Judgments.  The Court leaves it to the parties to decide whether the information is better conveyed in a single letter or one letter for each Consent Judgment.

At this time, counsel for all parties should plan to appear at the status conference on Wednesday, March 2, 2016, at 1:30 p.m.  It may be that the information in the February 11 status letter(s) makes certain parties' attendance unnecessary, in which case the Court will inform the parties of that development.

SO ORDERED.

Dated:     New York, New York
           January 27, 2016

_____
KATHERINE B. FORREST
United States District Judge