UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                Plaintiff,

        -v-

NEW YORK STATE DEPARTMENT
OF CIVIL SERVICE, *et al.*,
                Defendants.

80-CV-336 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Government's motion to compel the City of Mount Vernon to produce information pursuant to the consent judgment is GRANTED. The City of Mount Vernon shall produce the requisite information on or before January 17, 2025.

    The Court accepts the Government's December 23, 2024 letter as its status update. All other parties shall file any objections to Government's proposed consent judgments on or before January 17, 2025.

    The Clerk of Court is directed to close the motion at Docket Number 288.

    SO ORDERED.

Dated: January 10, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge