UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>-against-<br><br>NEW YORK STATE DEPARTMENT OF CIVIL SERVICE, et al.,<br><br>                     Defendants. | 80-CV-336 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      This matter was stayed on January 24, 2019 in light of the Government shutdown and pending the restoration of Department of Justice funding. ECF No. 165. As submitted by the Government on February 20, 2019, funding was restored on January 25, 2019. ECF 168. As such, the Clerk of Court is directed to LIFT the stay in this matter.

Dated: April 9, 2025
       New York, New York

                                                              SO ORDERED.

                                                             JESSICA G. L. CLARKE
                                                             United States District Judge