UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   -against-<br><br>NEW YORK STATE DEPARTMENT OF CIVIL SERVICE, et al.,<br><br>      Defendants. | 80-CV-336 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The parties have a settlement conference scheduled on August 15, 2025. ECF No. 347. In light of the parties' ongoing settlement discussions, the Court respectfully directs the Clerk of Court to designate this case as stayed.

Dated: July 29, 2025
    New York, New York

                    SO ORDERED.

                    *Jessica Clarke*
                    JESSICA G. L. CLARKE
                    United States District Judge