UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        -against-<br><br>NEW YORK STATE DEPARTMENT OF CIVIL SERVICE, et al.,<br><br>                    Defendants. | 80-CV-336 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Pursuant to the Court's September 5, 2025 order, ECF No. 354, and in light of the Government having no objection, ECF No. 361, the Court GRANTS the Yonkers Defendants' Motion for Entry of a Final Judgement. ECF No. 360. The Clerk of Court is directed to enter final judgment dismissing the Yonkers Defendants from this case, numbered 80cv336. The Clerk of Court is also directed to terminate ECF No. 360.

Dated:  January 12, 2026
        White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge