UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            -against-<br><br>NEW YORK STATE DEPARTMENT OF CIVIL<br>SERVICES, et al.,<br><br>                    Defendants. | 80-CV-336 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the termination of the Yonkers Defendants from this action, ECF No. 362, the

Clerk of Court is directed to also terminate motions filed in this case, 80cv336, filed by the

Yonkers Defendants, ECF Nos. 307 and 349.

Dated:  January 13, 2026
          White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge