**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

               Plaintiff,               80 **CIVIL** 0336 (JGLC)

      -against-               **<u>RULE 54(b) JUDGMENT</u>**

NEW YORK STATE DEPARTMENT OF CIVIL
SERVICE, et al.,

             Defendants.
----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 12, 2026, the Yonkers Defendants' Motion for Entry of

a Final Judgement is GRANTED. Final Judgment is hereby entered dismissing Yonkers

Defendants from this case.

**Dated:** New York, New York
        January 15, 2026

                      **TAMMI M. HELLWIG**
                    _____
                          **Clerk of Court**

            **BY:**  _____
                       **Deputy Clerk**